# Morgan Lewis

**Grant R. MacQueen**
+1.212.309.6214
grant.macqueen@morganlewis.com

March 7, 2022

**VIA ECF**

Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Nancy Calchi v. GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, et al.*, No. 22-cv-1341

Dear Judge Karas:

I write on behalf of defendants GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, GSK Consumer Health, Inc., and Pfizer, Inc. (collectively, "Defendants") in connection with the above-referenced matter.

Pursuant to Section I.C. of Your Honor's Individual Rules of Practice, Defendants respectfully request a two-week extension of time, until March 25, 2022, for Defendants to respond to the "Class Action Complaint," dated February 16, 2022 (Dkt. No. 1).

Defendants' response is currently due March 11, 2022.  Dkt. Nos. 13-15.  Defendants have not previously requested an extension of this deadline.  Plaintiff consents to this request.

Respectfully Submitted,

*Grant R. MacQueen*

cc:   Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060         T +1.212.309.6000
United States                    F +1.212.309.6001