UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY CALCHI,

                     Plaintiff,

v.

GLAXOSMITHKLINE CONSUMER
HEALTHCARE HOLDINGS (US) LLC, *et al.*,

                     Defendants.

No. 22-CV-1341 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      At the Conference on May 5, 2022, the Court adopted the following schedule:

      Defendants shall file their Motion To Dismiss by June 13, 2022. Plaintiff shall respond by July 15, 2022. Defendants shall reply by August 1, 2022.

      The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    May 5, 2022
             White Plains, New York

                                                    KENNETH M. KARAS
                                                    UNITED STATES DISTRICT JUDGE