## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nancy Calchi, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, GSK Consumer Health, Inc., and Pfizer Inc.<br><br>*Defendants*. | Case No. 7:22-cv-01341-KMK |
| Stacey Papalia, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GlaxoSmithKline Consumer Healthcare Holdings (US) LLC<br><br>*Defendant*. | Case No. 7:22-cv-02630-KMK |

### [PROPOSED] ORDER

Before the Court is the *Calchi* and *Papalia* Plaintiffs' Joint Motion to Consolidate and Appoint Class Counsel. Upon consideration of the motion, the Court **GRANTS** the motion and **ORDERS** that:

(1) The above-captioned cases are consolidated for all pre-trial and trial purposes, under the Lead Case No. 7:22-cv-01341-KMK.

(2) Dovel & Luner LLP is appointed interim class counsel under Fed. R. Civ. P 23(g)(3).

(3) Plaintiffs shall file their consolidated complaint by June 15, 2022.

Dated: **June 9, 2022**

_____
HON. KENNETH M. KARAS
United States District Judge

1