UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nancy Calchi, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, and GSK Consumer Health, Inc.,<br><br>        Defendants. | Lead Case No. 7:22-cv-01341-KMK |
| Stacey Papalia, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>GlaxoSmithKline Consumer Healthcare Holdings (US) LLC,<br><br>        Defendant. | Case No. 7:22-cv-02630-KMK |

**Order Granting Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Incentive Awards**

Plaintiffs moved the Court for an order approving an award of attorneys' fees and costs, and awarding incentive awards to the Class Representatives. Having carefully considered Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Incentive Awards, along with all supporting papers and the arguments of counsel, the Court hereby **GRANTS** the Motion and Orders the following:

1. The Court approves Plaintiffs' request for attorneys' fees in the amount of $1,500,000, to be paid from the Gross Settlement Fund.

2. The Court approves Plaintiffs' request for reimbursement of litigation costs totaling $35,958.05, to be paid from the Gross Settlement Fund.

3. The Court approves incentive awards of $2,000 each to Plaintiffs Nancy Calchi and Stacey Papalia.

**IT IS SO ORDERED.**

Dated: 7/25/2025

Honorable Kenneth M. Karas

1